OPINION — AG — ** PRIVATE CEMETARY ASSOCIATION — COUNTY PROPERTY ** 'NO' PART OF THE FUNDS PROVIDED FOR IN 8 O.S. 138 [8-138], 8 O.S. 139 [8-139] MAY LEGALLY BE USED TO PAY PART OF THE EXPENSE OF A CEMETERY OR BURIAL GROUND WHICH IS OWNED BY A PRIVATE CEMETARY ASSOCIATION. (PUBLIC FUNDS FOR PRIVATE USE) CITE: ARTICLE X, SECTION 14, ARTICLE X, SECTION 15, 8 O.S. 132 [8-132], 8 O.S. 137 [8-137] (JAMES C. HARKIN)